**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINALD SMITH,<br><br>           Plaintiff,<br><br>      v.<br><br>ROBERT B. CROWL, et al.,<br><br>           Defendants. | No.  1:23-cv-01474-JLT-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. 6) |

On January 12, 2024, the assigned magistrate judge issued findings and recommendations that recommended this action be dismissed, with prejudice, for failure to comply with Federal Rule of Civil Procedure 8 and failure to state a cognizable claim upon which relief may be granted.  (Doc. 6.)  The Court served the findings and recommendations on Plaintiff and notified him that any objections were due within 14 days.  (*Id.*)  The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1

1. The findings and recommendations issued on January 12, 2024 (Doc. 6) are **ADOPTED IN FULL**.
2. This action is **DISMISSED** with prejudice for failure to comply with Federal Rule of Civil Procedure 8 and for failure to state a cognizable claim upon which relief may be granted.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**February 8, 2024**__

UNITED STATES DISTRICT JUDGE

2